DAVID L. PRINCE, ESQ. #113599
1912 East Vernon Ave.
Suite 100
Los Angeles, California 90058
Tel. 323/234-2989
Fax. 323/234-2619
dlp@redchamber.com

Attorney for Plaintiff, **Shamrock Manufacturing Co., Inc.,
a California corporation**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| SHAMROCK MANUFACTURING CO., INC., a California corporation, | CASE NO.: 1:10-CV-00908-OWW-SKO |
| | (State Court No: CIVRS 10-03869) |
| Plaintiff, | STIPULATION AND ORDER THEREON TO RESET HEARING DATE OF DEFENDANT'S MOTION TO TRANSFER VENUE |
| v. | |
| AMMEX CORPORATION, a Washington corporation and DOES 1 to 10, inclusive, | DATE: July 26, 2010 TIME: 10:00 A.M. CTRM: 3 |
| Defendants. | JUDGE: Oliver W. Wagner |

**STIPULATION**

All parties to the within action, through their respective

counsel of record, hereby stipulate as follows:

1. Defendant, Ammex Corporation's Motion to Transfer Venue

is currently set for hearing on July 26, 2010 at 10:00 A.M. in

Court Room 3 before the honorable Oliver W. Wagner.

2. Plaintiff, Shamrock Marketing Co., Inc.'s Motion to

Remand is currently set for hearing on August 2, 2010 at 10:00

1

1  A.M. in Court Room 3 before the honorable Oliver W. Wagner.

2      3.  Both parties request that Defendant's Motion for

3  Transfer of Venue set for July 26, 2010 be reset for August 2,

4  2010 so that it may be heard on the same date as Plaintiff's

5  Motion to Remand.

6      4.  Plaintiff's Opposition to Defendant's Motion for

7  Transfer of Venue will continue to be due on or before July 12,

8  2010.

9  DATED:   7/2/10

10                              /S/ DAVID L. PRINCE
                                **David L. Prince, Esq.**
11                              **Attorney for Plaintiff**

12
    DATED:   7/2/10
13                              **ROMERO PARK & WIGGINS P.S.**

14                              /S/H. TROY ROMERO
                                **H. Troy Romero, Esq.**
15                              **Attorney for Defendant**

16

17

18

19

20

21

22

23

24

25

26

27

28                              2

1

<u>**ORDER**</u>

2        Having read the above stipulation and good cause appearing

3  therefrom.

4        **IT IS ORDERED THAT** Defendant's Motion to Transfer of Venue

5  currently set for hearing on July 26, 2010 at 10:A.M. in this

6  Court, be reset for hearing on August 2, 2010 at 10:00 A.M. in

7  this Court so that it may be heard on the same date as

8  Plaintiff's Motion to Remand.

9

10                          IT IS SO ORDERED.

11 **Dated:   July 6, 2010**                    **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                          3